UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PAYTON THOMAS JARRARD,

Plaintiff,

v.

MARK HUBBARD and KYLE CASSIDY,

Defendants.

CAUSE NO.: 3:18-CV-825-PPS-MGG

OPINION AND ORDER

Payton Thomas Jarrard, a prisoner without a lawyer, filed a motion for a temporary restraining order against Ron Neal, Mark Hubbard, Kyle Cassidy, and Ryan Dunlap. Jarrard states he fears retaliation by them because they are defendants. However, neither Ron Neal nor Ryan Dunlap are defendants in this lawsuit. *See* ECF 15. Furthermore, neither Mark Hubbard nor Kyle Cassidy are currently employed at the Indiana State Prison. *See* ECF 21.

For these reasons, the motion (ECF 20) is DENIED.

SO ORDERED on August 6, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT